1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SARABIA, on behalf of himself and for all similarly situated persons, and the general public;<br><br>                    Plaintiff,<br>   vs.<br><br>RICOH USA, INC., a California Corporation, RICOH LOGISTICS CORPORATION and DOES 1-50 ALL INCLUSIVE,<br><br>                    Defendants. | Case No.  8:20-cv-00218-JLS-KES<br><br>**ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CAUSES OF ACTION 8-12, AGAINST ALL DEFENDANTS, WITH PREJUDICE** |

– 1 –

The Court, having considered Plaintiffs STIPULATION FOR DISMISSAL OF INDIVIDUAL CAUSES OF ACTION NO: 8 TO 12, AGAINST ALL DEFENDANTS WITH PREJUDICE (Doc. 84), HEREBY ORDERS AS FOLLOWS:

Plaintiff MARIO SARABIA'S individual causes of action—No: 8 to 12, as listed in the Fourth Amended Complaint—are DISMISSED, as to all Defendants, with prejudice.

DATED: February 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE